UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**COVER SHEET FOR AMENDMENTS**

CASE NAME:   Raymond E. Howarth and Gladys S. Wright-Howarth
(***-**-1057) & (***-**-5150)

CASE NUMBER:   11-56953-WSD   Chapter 13 Proceeding

The enclosed documents amend the petition, schedules, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to**:

[ ]   ADD CREDITORS TO SCHEDULE(S) _____. HOW MANY? _____.
(USE SECOND PAGE OF THIS FORM TO LIST CREDITORS ADDED)

   [ ]   $26.00 AMENDMENT FEE. This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ]   CORRECT THE ADDRESSES OF CREDITORS ALREADY LISTED ON THE SCHEDULES AND MATRIX PREVIOUSLY FILED. (USE SECOND PAGE OF THIS FORM).

[X]   OTHER: (Please Explain)  Amending Schedule J (Current Expenses) to correct a clerical error and accurately reflect the Debtor's current monthly expenses.

[X]   AMEND SCHEDULES AND LIST OF CREDITORS. Schedules must be verified by the Debtor(s).

[ ]   AMEND MATRIX. Please do not send a matrix adding creditors to a case unless you also amend the schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a Debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE**: L.B.R. 1009-1(b) requires the Debtor(s) to serve a copy of the amendment and the Cover Sheet for Amendments on the Trustee and all other entities affected by the amendment.

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, Cover Sheet for Amendments, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my/our knowledge, information and belief.

*/S/ Raymond E. Howarth*                                               */S/ Gladys S. Wright-Howarth*
Raymond E. Howarth            - Debtor                         Gladys S. Wright-Howarth      -Debtor
I hereby acknowledge amendment of                          I hereby acknowledge amendment of
the above referenced documents.                                 the above referenced documents.


*/S/ Mark W. Chessman*                                               Dated:  July 19, 2011
MARK W. CHESSMAN (P29174)
Attorney for Debtor(s)
25225 Gratiot Ave.
Roseville, MI 48066
(586)-498-9400
diana@chessmanlaw.com

B6J (Official Form 6J) (12/07)

**Debtor:** Raymond E. and Gladys S. Wright-Howarth     **Case No:** 11-56953-WSD

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and Debtors spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| 1. | Rent or Home Mortgage Payments (include lot rented for mobile home) | $690.47 |
| | a. Are Real estate taxes included **[X]** Yes **[ ]** No. | |
| | b. Is property insurance included **[X]** Yes **[ ]** No. | |
| 2. | Utilities: a. Electricity and Heating Fuel | $215.00 |
| | b. Water and Sewer | $40.00 |
| | c. Telephone | $45.00 |
| | d. Other | |
| 3. | Home Maintenance (repairs and upkeep) | $25.00 |
| 4. | Food | $350.00 |
| 5. | Clothing | $50.00 |
| 6. | Laundry and Dry Cleaning | $25.00 |
| 7. | Medical and Dental Expenses | $60.00 |
| 8. | Transportation (not including car payment) | $100.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $25.00 |
| 10. | Charitable contributions | |
| 11. | Insurance (not deducted from wages or included in home mortgage payments): | |
| | a. Homeowners or Renters | |
| | b. Life | $65.00 |
| | c. Health | $246.00 |
| | d. Auto | $82.00 |
| | e. Other: | |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) Specify. | |
| 13. | Installment payments (In Chapter 11, 12 and 13 cases, do not list payments to be included in Plan) | |
| | a. Auto **2002 Ford Focus** | $191.00 |
| | b. Other | |
| | c. Other | |
| 14. | Alimony, maintenance and support paid to others | |
| 15. | Payments for support of additional dependents not living at your home | |
| 16. | Regular expenses from operation of business, profession or farm (see attached) | |
| 17. | Other: **Hair cuts, personal grooming and miscellaneous expenses $50.00; Pet Care $40.00; Cell Phones $30.00** | $120.00 |
| 18. | AVERAGE MONTHLY EXPENSES: (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data). | **$2,329.47** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| | A. Average Monthly Income from Line 15 of Schedule I | **$2,451.64** |
| | B. Average Monthly Expenses from Line 18 above | **$2,329.47** |
| | C. Monthly Net Income (A Minus B) | **$122.17** |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:  Chapter 13 Proceeding

    Raymond E. Howarth and Gladys S. Wright-Howarth  Case No. 11-56953-WSD
    ***-**-1057 / ***-**-5150

Judge Walter Shapero

    Debtor(s)    /

MARK W. CHESSMAN (P29174)
Attorney for Debtors
25225 Gratiot Avenue
Roseville, MI 48066
(586)-498-9400    /

## PROOF OF SERVICE

    DIANA K. ST. ONGE an employee of the LAW OFFICES OF MARK W. CHESSMAN, P.C. being first duly sworn, deposes and says that on the 20th day of July, 2011, she did serve Cover Sheet for Amendments and Amended Schedule J upon:

    Tammy L. Terry
    Chapter13 Trustee
    535 Griswold, Ste. #2100
    Detroit, MI 48226

by the filing same with the Court and it being transmitted to those registered parties through the ECF system and, for those parties not registered, by placing same in envelopes, properly sealed and addressed with full first class postage pre-paid thereon, and depositing same in the United States Mail.

                      */S/ Diana K. St. Onge*
                      DIANA K. ST. ONGE